IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT JACKSON
Assigned on Briefs December 9, 2015
Remanded by the Supreme Court November 22, 2016

**STATE OF TENNESSEE v. CHRISTOPHER WILSON**

**Appeal from the Criminal Court for Shelby County**
**No. 1400109     W. Mark Ward, Judge**

_____

**No. W2015-00699-CCA-R9-CD  -  Filed May 24, 2017**

_____

THOMAS T. WOODALL, P.J., concurring in results only.

My general disdain for the so-called "good faith exception" is fully set forth in my concurring opinion the first time that this case was before this panel. *State v. Christopher Wilson*, W2015-00699-CCA-R9-CD, 2016 WL 1627145, at *1 (Tenn. Crim. App., at Jackson, April 21, 2016) (Woodall, P.J., concurring opinion). In light of our supreme court's embracing of the "good faith exception" in *State v. Reynolds*, 504 S.W.3d 283 (Tenn. 2016), there is no need to repeat my firm belief that the "good faith exception" should never be recognized in Tennessee. As a judge of an intermediate court, I am required to follow specific precedent of a higher court, in this case, the Tennessee Supreme Court. *State v. Irick*, 906 S.W.2d 440, 443 (Tenn. 1995). I fully accept the principle of law that requires me to follow controlling legal authority even when I do not agree. With all due respect, I concur in results only.

_____
THOMAS T. WOODALL, PRESIDING JUDGE